United States District Court
Southern District of Texas

**ENTERED**

April 30, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| VU HOANG DANG, § | |
| § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. H-26-35 |
| vs. § | |
| § | |
| WARDEN, Houston Contract Detention § | |
| Facility, *et al.*, § | |
| § | |
| Respondents. § | |

**ORDER OF DISMISSAL**

Petitioner Vu Hoang Dang, through counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). Dang is a citizen of Vietnam. The petition alleges that Dang has been subject to a final order of removal since May 2016 and that Dang was placed on an Order of Supervision because there was no significant likelihood of his removal to Vietnam in the reasonably foreseeable future. The petition alleges that Dang was unlawfully detained on October 16, 2025, while attending a regularly scheduled check-in with United States Immigration and Customs Enforcement (ICE). The petition seeks Dang's release until a travel document is obtained that will allow for his prompt deportation.

On March 9, 2026, the respondents filed an Advisory stating that ICE plans to remove Dang to Vietnam on March 15, 2026. (*See* Docket Entry No. 11). The petitioner did not file a response to the Advisory. On March 26, 2026, the respondents filed a second Advisory stating that "on March 15, 2026, Respondents removed Petitioner from the United States to Vietnam. As a result of the removal, this action is moot." (Docket Entry No. 12). The petitioner did not respond to the second Advisory.

It is **ordered** that this case is **dismissed without prejudice**.  Any pending motions are denied as moot.

SIGNED on April 29, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge